IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

**ANDRE P. HOWTON,**

    **Plaintiff,**

**v.**                                                                               **Civil Action No. 1:20-CV-135**
                                                                                     **(Judge Kleeh)**

**ZACHARY FECSKO,**
**AARON DALTON, and**
**RICHARD PANICO,**

    **Defendants.**

### DISMISSAL ORDER

On April 7, 2022, a mediation report was filed in this matter, notifying the Court that the above-referenced civil action has settled [ECF No. 88]. Based on the mediator's report and for reasons apparent to the Court, this matter is hereby **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket, subject to reopening on motion of any party, and for good cause shown, within 90 days of this Order.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

It is so **ORDERED**.

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record via the CM/ECF notification system.

**DATED**: April 7, 2022

*/s/ Thomas S. Kleeh*
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA